**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHARTER OAK INSURANCE CO.**<br><br>                     **v.**<br><br>**MAGLIO FRESH FOOD d/b/a MAGLIO'S SAUSAGE CO. et al.** | **CIVIL ACTION**<br><br>**NO. 12-3967** |

## <u>ORDER</u>

**AND NOW**, this 14th day of July, 2014, after review of the parties' cross-motions for summary judgment (ECF 129, 130, 131, 133) and the related responsive and reply briefs, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motions for Summary Judgment are DENIED.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CAITLIN\CIVIL\12-3967 (CHARTER OAK)\2014.7.11 ORDER ON MSJ RE BAD FAITH.DOCX