IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARTER OAK INSURANCE CO.**<br><br>v.<br><br>**MAGLIO FRESH FOOD d/b/a MAGLIO'S SAUSAGE CO. et al.** | **CIVIL ACTION**<br><br>**NO. 12-3967** |

## ORDER

**AND NOW**, this 18th day of July, 2014, because the Memorandum of Law filed on July 14, 2014 (ECF 176) contains a factual error in footnote 4, it is ORDERED that the Court files an Amended Memorandum, but the only change is contained within footnote 4.   The prior memorandum is stricken and shall not be cited or relied on.

                              **BY THE COURT:**

                              **/s/ Michael M. Baylson**
                              _____
                              **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CAITLIN\CIVIL\12-3967 (CHARTER OAK)\2014.7.17 ORDER RE REVISED MOL.DOCX